# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

July 14, 2015

*By the Court:*

No. 14-2179

| | |
|---|---|
| MOHAMED BOURAS, | On Petition for Review of an Order |
| *Petitioner,* | of the Board of Immigration Appeals |
| *v.* | No. A089 601 787 |
| LORETTA E. LYNCH,* Attorney General of the United States, | |
| *Respondent.* | |

## O R D E R

The petition for rehearing en banc is GRANTED. The panel's opinion and judgment previously issued on March 5, 2015, are VACATED. The parties shall file a complete set of new, supplemental briefs, which shall supersede the prior briefs, as follows:

1. The opening supplemental brief of petitioner Bouras is due on or before August 25, 2015.

2. The responsive supplemental brief of respondent Lynch is due on or before September 22, 2015.

3. Petitioner Bouras may file a supplemental reply brief no later than October 6, 2015.

---

* We have substituted as respondent Attorney General Loretta E. Lynch for Eric H. Holder, Jr., the former Attorney General. See Fed. R. App. Pro. 43(c)(2).

Counsel shall submit thirty-five (35) copies of all briefs and appendices and any citations of additional authority.

By separate order at a later date, oral argument will be set by the Court at a date to be determined.